**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| **RUSCO OPERATING, LLC, RUDTUK OPERATING, LLC, and WORKRISE TECHNOLOGIES INC.,** | § § § § | |
| *Plaintiffs,* | § § | **CASE NO. 1:25-CV-01172-ADA-DH** |
| **v.** | § § § | |
| **SCOTTSDALE INSURANCE COMPANY,** | § § | |
| *Defendant.* | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell (Dkt. 18) regarding Defendant Scottsdale Insurance Company's ("Scottsdale") motion to dismiss (Dkt. 8) and all related briefing. Judge Howell recommended that the District Court **GRANT** Scottsdale's motion to dismiss based on lack of subject-matter jurisdiction and **DISMISS** this case without prejudice. Dkt. 18 at 13-14. The report was filed on January 9, 2026. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiffs filed objections on January 23, 2026 (Dkt. 19). Defendant filed a response to

Plaintiffs' objections on February 6, 2026 (Dkt. 20), and Plaintiffs filed a reply in support of their objections on February 13, 2026 (Dkt. 21). The Court has conducted *de novo* review of the Report and Recommendation, Plaintiffs' objections to the report and recommendation, Defendant's response, Plaintiffs' reply, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (Dkt. 18) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' objections (Dkt. 19) are **OVERRULED.**

**IT IS FURTHER ORDERED** that Scottsdale's motion to dismiss based on lack of subject-matter jurisdiction (Dkt. 8) is **GRANTED.**

**IT IS FURTHER ORDERED** that this case is hereby **DISMISSED** without prejudice. Accordingly, the Clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 17th day of February, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE